UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| United Marine Marketing Group, LLC,<br>　　　Plaintiff,<br><br>　　　v.<br><br>Jet Dock Systems, Inc., *et al.*<br>　　　Defendants. | Case No.:  8:10-cv-02653-MSS-TBM<br><br>Judge Mary S. Scriven<br>Magistrate Judge Thomas B. McCoun, III<br><br>JOINT MOTION FOR VOLUNTARY DISMISSAL |

　　　The plaintiff, United Marine Marketing Group LLC and the defendants , Jet Dock Systems, Inc., Ocean Innovations, Inc., David Faber, and W. Allan Eva III, have reached an agreement to settle this matter, and they jointly request that the Court enter a voluntary dismissal with prejudice in the form attached.

1

Respectfully submitted,

| | |
|---|---|
| */s/ F. Thos. Vickers* | */s/* Vytas Rimas |
| F. Thomas Vickers (0021900) | Vytas Rimas (MN 182539; CA 124936) |
| Vickers Law Group | 18281 Minnetonka Boulevard, Suite E |
| Westlake, OH 44145 | Minneapolis, MN 55391 |
| tvickers@vickerslawgroup.com | 952-476-4000 Office |
| 216-401-3202 | 612-720-2786 Cell |
| | 800-208-6315 Fax |
| | |
| Richard S. Brightman | Spartan Law Group |
| Florida Bar No.: 0347231 | Jeffrey E. Baughman |
| Hopping Green & Sams, P.A. | Florida Bar No. 055378 |
| 119 South Monroe St., Suite 300 | 13575 58th St. N., Suite 151 |
| Tallahassee, FL 32301 | Clearwater, FL 33760 |
| (T) 850-222-7500 | (T) 727-772-7826 |
| (F) 850-224-8551 | (F) 7272310705 |
| Richardb@HGSlaw.com | Jeff@Spartanlawgroup.com |
| | |
| James B. Thompson, Junior | |
| Goodis, Thompson & Miller P.A. | Attorneys for Defendants |
| PO Box 90 | |
| St. Petersburg, FL 33731 | |
| (T) 727-823-0540 | |
| (F) 727-823-0230 | |

Attorneys for Plaintiffs

    I hereby certify that on the 22nd day of April, 2014, a true and correct copy of the foregoing
                JOINT MOTION FOR VOLUNTARY DISMISSAL
has been furnished by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.

                                  */s/ F. Thomas Vickers*
                                        Attorney